**Motion Granted and Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00445-CV

_____

**KRISTOFER THOMAS KASTNER, Appellant**

**V.**

**THE KROGER CO., ANN POTTER and MELINDA COOMBS, Appellees**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-45365**

# O R D E R

This is an appeal from a summary judgment signed May 6, 2011. The clerk's record was filed November 30, 2011. On December 29, 2011, appellant filed a motion to supplement the record and extend his briefing deadline until 30 days after the record has been supplemented. The motion is granted.

Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Exhibits in the Appendix to Kristofer Thomas Kastner's Response to the Motion for Summary Judgment

filed by the Kroger Company, et al. filed April 29, 2011, which are listed on pages 515-519 of the clerk's record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 13, 2012**, containing the following exhibits as listed in the Appendix to Kristofer Thomas Kastner's Response to the Motion for Summary Judgment:

1. Booking sheet dated July 31, 2007. A copy of the sheet is attached and incorporated by reference as exhibit 1.
2. Order, of dismissal dated 08/21/2007. A copy of the order is attached and incorporated by reference as· exhibit 2.
3. Order of dismissal documents. Copies of the dismissal documents are attached and incorporated by reference as exhibit 3.
4. IBC Bank Documents. The IBC Bank documents are attached and incorporated by reference as exhibit 4.
5. Testimony of Melinda Coombs. A copy of the transcript is attached and incorporated by reference as exhibit 5.
6. Testimony of Ann. Potter. A copy of the transcript is attached and incorporated by reference as exhibit 6.
7. Testimony of Sandy Hayes. The transcript of testimony is attached and incorporated by reference as exhibits 6a.
8. Testimony of James Dickinson. The transcript of testimony is attached and incorporated by reference as exhibits 7.
9. Gerland's Food Fair affidavit. A copy of the affidavit is attached and incorporated by reference as exhibit 8.
10. Kastner affidavit dated 09/07/2009. A copy of the affidavit is attached and incorporated by reference as exhibit 9.
11. Melinda Coombs affidavits for the arrest of Kristopher Kastner. Copies of the affidavits are attached and incorporated by reference as exhibits 10 and 11.
12. Notice letter envelope dated May 17, 2007. A copy of the notice letter envelope is attached and incorporated by reference as exhibit 12.
13. Kroger company records of Kastner case. A copy of the Kroger Co. records are attached and incorporated by reference as exhibit 13.
14. Record of Harris County Sheriff. The records are attached and incorporated by reference as exhibits 14.
15. Texas Department of Public Safety records. The records are attached and incorporated by reference as exhibits 15.
16. IBC Account records. The records are attached and incorporated by reference as exhibits 16.

17. USPS mail forwarding receipts. A copy of the forwarding receipt is attached and incorporated by reference as exhibits 17 and 18.

18. Gerland's food Fair letter dated July 23, 2007. A copy of the letter is attached and incorporated by reference as exhibit 19.

19. Request for Production dated December 21, 2008, Request 10. A copy of the request is attached and incorporated by reference as exhibit 20.

20. Response to request for production filed by the Kroger Company. A copy of the response to the request is attached and incorporated by reference as exhibit 21.

21. Kastner letter dated July 30, 2007. A copy of the letter is attached and incorporated by reference as exhibit 23.

22. Gerland's letter dated April 15, 2009. A copy of the letter is attached and incorporated by reference as exhibit 24.

23. Criminal History Record of Harris County District Courts. A copy of the record is attached and incorporated b:i reference as exhibit 25.

24. Letter on costs of expungement dated October 15, 2008. A copy of the letter is attached and incorporated by reference as exhibit 26.

25. U.S. Department of Justice report dated June 4, 2009. A copy of the report is attached and incorporated by reference as exhibit 27.

26. Texas Alcoholic Beverage Code section 11.46. A copy of the statute is attached and incorporated by reference as exhibit 28.

27. Texas Administrative Code, section 247 (a). A copy of the statute is attached and incorporated by reference as exhibit 29.

28. Texas Finance Code, section 156.204 (7). A copy of the statute is attached and incorporated by reference as exhibit 30.

29. Texas Health and Safety Code, section 241.024 (b) (2). A copy of the statute is attached and incorporated by reference as exhibit 31.

30. Texas Department of State Health Services application to fit and dispense hearing instruments questions 15-17. A copy of the application is attached and incorporated by reference as exhibit 32.

31. Texas Department of State Health Services application for a license to be a family and marriage counselor questions II, 12 and 13. A copy of the application is attached and incorporated by reference as exhibit 33.

32. Texas Department of State Health Services application for social worker's license questions 1-5. A copy of the application is attached and incorporated by reference as exhibit 34.

33. Texas Department of State Health Services application for a massage therapist license questions 10-16. A copy of the application is attached and incorporated by reference as exhibit 36.

34. Texas Labor Code section 101.109 (a) (2). A copy of the statute is attached and incorporated by reference as exhibit 37.

35. Texas Rules of Evidence, Rule 404 (b). A copy of the statute is attached and incorporated by reference as exhibit 38.

36. Texas Rule of Evidence, Rule 608 (a) (1). A copy of the statute is attached and incorporated by reference as exhibit 39.

37. Texas Family Code section 104.001 and 161.1031 (a). Copies are attached and incorporated by reference as exhibit 40.

38. 2004 Annual Salary Survey page 3. Copies of the salary surveys are attached and incorporated by reference as exhibit 41.

39. 2006 Annual Salary Survey page 4. Copies of the salary surveys are attached and incorporated by reference as exhibit 42.

40. Employment advertisements from USA Jobs. A copy is attached and incorporated by reference as exhibit 43 and 44.

41. Harris County records of bad check case dispositions dated 12/18/2007 and 01/11/2008. A copy of the records are attached and incorporated by reference as exhibit 45.

42. E-mail from Kroger Company dated 08/05/08. A copy of the e-mail is attached and incorporated by reference as exhibit 46.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM